UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **MICHELLE MILLER, et al.,** | ) |
| *Plaintiffs* | ) ) ) |
| v. | ) ) Case No. 3:11-CV-315-CRS |
| **REMINGER CO., L.P.A.,** | ) ) ) |
| *Defendant.* | ) ) |

*************

### REPORT OF THE PARTIES' PLANNING MEETING

Pursuant to FRCP 26(f), Plaintiffs Michelle Miller, et al. ("Plaintiffs"), and Defendant, Reminger Co., L.P.A., et al. ("Defendant"), state as follows for their joint written report of their planning meeting:

1. The parties, by counsel, conferred by telephone on Tuesday, July 24, 2012.

2. Initial Disclosures. The parties will complete the initial disclosures required by FRCP 26(a)(1) on or before August 14, 2012.

3. Discovery Plan. The parties propose this discovery plan:

    (a) Discovery will be needed on these subjects: Liability and damages on Plaintiffs' remaining claims, and Defendant Reminger Co., L.P.A.'s defenses to such claims.

    (b) Discovery will commence on August 27, 2012. The parties will complete fact discovery on or before August 23, 2013.

    (c) The service and answering of interrogatories shall be governed by the provisions of FRCP 33.

    (d) The service and answering of requests for admission shall be governed by the provisions of FRCP 36.

    (e) Plaintiffs wish to limit fact witness depositions to 20 by each side. Defendant wishes to limit fact witness depositions to 10 by each side.

    (f)    Plaintiffs wish to retain the limits on the length of all depositions provided by FRCP 30, unless there is an agreement reached by the parties to extend the length of certain depositions on both sides, such as those of Mario Ciano and Don Miller. Defendant wishes to retain these limits as to all deponents except for Don Miller.

    (g)    Plaintiff shall serve any reports of expert witnesses on or before September 30, 2013, and Defendant shall serve any reports of expert witnesses on or before November 30, 2013.

    (h)    The parties shall make supplementations under FRCP 26(e) on or before August 24, 2013.

4.    Other Items:

    (a)    The Court has ordered a scheduling conference before Hon. James D. Moyer, United States Magistrate Judge, on Monday, August 27, 2012, at 11:00 a.m.

    (b)    The parties request a pretrial conference 45 days before trial.

    (c)    Defendant proposes to set the deadline for Plaintiffs to amend their pleadings or join additional parties for on or before October 1, 2012.  Plaintiffs propose December 1, 2012 for that deadline.

    (d)    Defendant proposes to set the deadline for them to amend pleadings or join additional parties for on or before November 1, 2012.  Plaintiffs propose December 30, 2012 for that deadline.

    (e)    Dispositive motions shall be filed on or before December 31, 2013.

    (f)    The parties have discussed possible settlement in the past, and discussed it again, including the possibility of mediation, at the said July 24, 2012 telephone conference.

    (g)    The parties shall submit witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists pursuant to FRCP 26(a)(3) forty-five (45) days before trial.

    (h)    The parties shall file objections under FRCP 26(a)(3) thirty (30) days before trial.

    (i)    The parties should be ready for trial in May of 2014.  The parties estimate the length of trial at five (5) days.

Respectfully submitted,

s/*Amber D. Nicely*
Matthew W. Breetz
Andrew G. Beshear
Amber D. Nicely
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202
502-587-3400
mbreetz@stites.com
abeshear@stites.com
anicely@stites.com
*COUNSEL FOR DEFENDANT*


/s/*Robert W. "Joe" Bishop*
Robert W. "Joe" Bishop
BISHOP & ASSOCIATES, P.S.C.
6520 Glenridge Park, Suite 6
Louisville, Kentucky 40222
502-425-2600
firm@bishoplegal.net
-and-
Martha Marie Eastman
EASTMAN LAW OFFICE, P.S.C.
3721 Taylorsville Rd
Louisville KY 40222
502-456-1331
eastman@eastmanlawoffice.com
*CO-COUNSEL FOR PLAINTIFFS*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via this Court's ECF system upon counsel of record this 7th day of August 2012.

*Amber D. Nicely*
COUNSEL FOR DEFENDANT