UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| MICHELLE MILLER, et al. | |
|---|---|
| PLAINTIFFS | |
| v. | CIVIL ACTION NO. 3:11-CV-00315 |
| REMINGER CO., L.P.A., | |
| DEFENDANT. | |

**RULE 26(A)(1) DISCLOSURES OF REMINGER CO., L.P.A.**

The defendant, Reminger Co, L.P.A., by counsel, hereby tenders these initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**Rule 26(a)(1)(A)(i) Disclosure**

The following individuals are likely to have discoverable information that Reminger may use to support its defenses:

| NAME | ADDRESS | SUBJECT(S) |
|---|---|---|
| Donald Miller | Contact through counsel for Mr. Miller | Circumstances surrounding the alleged "paralegal billing issue"; the firm retreat in the Bahamas; the alleged touching of Mrs. Miller's upper left arm as part of a Reminger scheme to get Mr. Miller to quit the firm; Mr. Miller's resignation from the firm; Mr. Miller's misuse of the Reminger firm email to repeatedly contact and harass his former employers; Mr. Miller's harassment of female Reminger employees; Mr. Miller's insults to clients; Mr. Miller's inability to get along with his co-workers and superiors; Mr. Miller's verbal attacks and threats made to his superiors; Mr. Miller's inability to meet firm targets and goals; the instability in Mr. Miller's home life; Mr. Miller's mental instability; Mr. Miller's employment with Quintairos and lack of damages |

| | | |
|---|---|---|
| Michelle Miller | Contact through counsel for Mrs. Miller | Circumstances surrounding the firm retreat in the Bahamas; the alleged touching of Mrs. Miller's upper left arm as part of a Reminger scheme to get Mr. Miller to quit the firm; Mr. Miller's resignation from the firm; Mrs. Miller's repeated contact with, and harassment of Mr. Miller's former employers; the instability in Mr. Miller's home life; Mr. Miller's mental instability |
| Stephen Walters | c/o Stites & Harbison 400 W. Market St., Suite 1800 Louisville, KY 40202 | Circumstances surrounding the alleged "paralegal billing issue"; the firm retreat in the Bahamas; the alleged touching of Mrs. Miller's upper left arm as part of a Reminger scheme to get Mr. Miller to quit the firm; Mr. Miller's resignation from the firm; Mr. Miller's misuse of the Reminger firm email to repeatedly contact and harass his former employers; Mr. Miller's harassment of female Reminger employees; Mr. Miller's insults to clients; Mr. Miller's inability to get along with his co-workers and superiors; Mr. Miller's verbal attacks and threats made to his superiors; Mr. Miller's inability to meet firm targets and goals; the instability in Mr. Miller's home life; Mr. Miller's mental instability |
| Shea Conley | c/o Stites & Harbison 400 W. Market St., Suite 1800 Louisville, KY 40202 | Circumstances surrounding the alleged "paralegal billing issue"; Mr. Miller's resignation from the firm; Mr. Miller's inability to get along with his co-workers and superiors; Mr. Miller's verbal attacks and threats made to his superiors; Mr. Miller's inability to meet firm targets and goals; Mr. Miller's mental instability |
| Mario Ciano | c/o Stites & Harbison 400 W. Market St., Suite 1800 Louisville, KY 40202 | Circumstances surrounding the alleged "paralegal billing issue"; the firm retreat in the Bahamas; the alleged touching of Mrs. Miller's upper left arm as part of a Reminger scheme to get Mr. Miller to quit the firm; Mr. Miller's resignation from the firm; Mr. Miller's inability to meet firm targets and goals |
| Paul Dzenitis | c/o Stites & Harbison 400 W. Market St., Suite 1800 Louisville, KY 40202 | Circumstances surrounding the alleged "paralegal billing issue"; Mr. Miller's mental instability; Mr. Miller's harassment of female Reminger employees; Mr. Miller's verbal attacks and threats made to his superiors; Mr. Miller's resignation from the firm |

| Richard Rymond | c/o Stites & Harbison<br>400 W. Market St., Suite 1800<br>Louisville, KY 40202 | Circumstances surrounding the alleged "paralegal billing issue" |
|---|---|---|
| Robert Gwin | Gwin, Steinmetz, & Baird<br>401 W. Main Street, Suite 1000<br>Louisville, KY 40202 | Mr. Miller's misuse of the Reminger firm email to repeatedly contact and harass his former employers; Mr. Miller's mental instability; Mrs. Miller's repeated contact with, and harassment of Mr. Miller's former employers; Former claims of harassment, discrimination, etc. related to Mr. and Mrs. Miller; Mr. Miller's pattern of asserting identical claims against former employers |
| Bruce Baird | Gwin, Steinmetz, & Baird<br>401 W. Main Street, Suite 1000<br>Louisville, KY 40202 | Mr. Miller's misuse of the Reminger firm email to repeatedly contact and harass his former employers; Mr. Miller's mental instability;  Mrs. Miller's repeated contact with, and harassment of Mr. Miller's former employers; Former claims of harassment, discrimination, etc. related to Mr. and Mrs. Miller; Miller's pattern of asserting identical claims against former employers |
| William Donnell | Gwin, Steinmetz, & Baird<br>401 W. Main Street, Suite 1000<br>Louisville, KY 40202 | Mr. Miller's misuse of the Reminger firm email to repeatedly contact and harass his former employers; Mr. Miller's mental instability; Mrs. Miller's repeated contact with, and harassment of Mr. Miller's former employers; Former claims of harassment, discrimination, etc. related to Mr. and Mrs. Miller; Miller's pattern of asserting identical claims against former employers |
| Christopher Mussler | Gwin, Steinmetz, & Baird<br>401 W. Main Street, Suite 1000<br>Louisville, KY 40202 | Mr. Miller's misuse of the Reminger firm email to repeatedly contact and harass his former employers; Mr. Miller's mental instability; Mrs. Miller's repeated contact with, and harassment of Mr. Miller's former employers; ; Former claims of harassment, discrimination, etc. related to Mr. and Mrs. Miller; Miller's pattern of asserting identical claims against former employers |

| Eric Boyer | Quintairos, Prieto, Wood & Boyer, P.A. 9300 South Dadeland Blvd. 4th Floor Miami, FL 33156 | Mr. Miller's almost immediate employment with Quintairos after leaving Reminger; Mr. Miller's lack of damages |
|---|---|---|
| Unknown attorneys and staff of Frost Brown Todd | Frost Brown Todd, LLC 400 West Market Street, Suite 3200 Louisville, Kentucky 40202 | Mr. Miller's misuse of the Reminger firm email to repeatedly contact and harass his former employers; Mr. Miller's mental instability; Former claims of harassment, discrimination, etc. related to Mr. and Mrs. Miller; Miller's pattern of asserting identical claims against former employers |
| Experts to be identified | To be determined | To be determined |

Reminger reserves the right to supplement this disclosure under the Federal Rules of Civil Procedure.

### B. Rule 26(a)(1)(A)(ii) Disclosure

Reminger may use the following categories of documents to support its defenses:

- All documents and communications obtained from Reminger's internal computer server concerning Don Miller or Michelle Miller;

- Documents and communications obtained from the laptop Don Miller returned to Reminger;

- Documents and communications included in or concerning the personnel file(s) of Mr. Miller;

- Documents and communications comprising or concerning any complaints made by or against Mr. Miller and/or Mrs. Miller, and any investigation and outcome of such complaints;

- Documents and communications concerning any employment actions against Mr. Miller, including discipline, demotions, point, share, or salary reductions, rebukes, mandatory or suggested leave, or documentation of inappropriate actions;

- Documents and communications concerning Mr. Miller's tenure, conduct, performance, behavior, hiring, and departure from Reminger and his former employers, including all documents related to his disclosures at the hiring stage as well the reasons behind any firing/departure from each firm;

- Documents and communications concerning any medical or mental health issues suffered by Mr. Miller or Mrs. Miller (including mental and medical records subpoenaed from therapists, doctors, etc.);

- Documents and communications concerning the requested staffing and/or complaints about such staffing by Mr. Miller;

- Documents and communications concerning disputes between Mr. Miller and Reminger or any of his former employers concerning the billing of clients;

- Documents and communications concerning any threatened claims by or against Mr. and Mrs. Miller for age discrimination, sexual harassment, fraud, or assault and battery;

- Documents and communications concerning any disputes as to appropriate compensation or credit for work or client development; and

- Documents obtained from subpoenas to Frost Brown Todd; Gwin Steinmetz & Baird; and Quintairos, Prieto, Wood & Boyer;

- Documents and communications concerning Mr. Miller's employment with Quintairos, Prieto, Wood & Boyer, P.A.

Copies of documents in Reminger's possession, custody, and control that may be used to support its defenses and that are not protected by the attorney-client privilege and/or the work product doctrine will be made available for inspection and copying at the offices of Stites & Harbison, 400 West Market Street, Suite 1800, Louisville, KY 40202.  Reminger reserves the right to supplement this disclosure under the Federal Rules of Civil Procedure.

C.     **Rule 26(a)(1)(A)(iii) Disclosure**

Reminger is not seeking damages.

D.     **Rule 26(a)(1)(A)(iv) Disclosure**

Reminger will make available for inspection and copying at a mutually agreeable time and place a copy of the insurance agreement which may be used to satisfy part or all of any judgment entered against it.

s/*Amber D. Nicely*
Matthew W. Breetz
Andrew G. Beshear
Amber D. Nicely
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:   (502) 587-3400
Fax:  (502) 587-6391
COUNSEL FOR DEFENDANT,
REMINGER CO., L.P.A.

- 7 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via this Court's ECF system upon counsel of record this 14th day of August, 2012.

                                              s/*Amber D. Nicely*
                                              Amber D. Nicely