UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**MICHELLE MILLER, ET AL.**                                                              **PLAINTIFFS**

**v.**                                                              **CIVIL ACTION NO. 3:11CV-315-S**

**REMINGER CO., L.P.A., ET AL.**                                                              **DEFENDANTS**

### REPORT AND ORDER

This matter came before the undersigned magistrate judge on October 15, 2012, for the purpose of conducting a settlement conference.

APPEARANCES:

FOR THE PLAINTIFFS:    Robert W. Bishop, Counsel for Plaintiffs
                       Michelle Miller, Plaintiff
                       Donald Lee Miller, II, Plaintiff

FOR THE DEFENDANTS:    Matthew W. Breetz, Counsel for Defendants
                       Jennifer Hamilton, Representative for AWAC
                       Steve Walters, Representative for Reminger Co., L.P.A.

Settlement negotiations were conducted in good faith and the parties were able to reach an agreement in principle for the resolution of all claims.

**IT IS HEREBY ORDERED** that on or before **NOVEMBER 5, 2012**, the parties shall file with the court the appropriate dismissal papers.

DATE:

Copies to:  Counsel of Record

TIC: 7 Hrs. 15 Mins.