**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**MICHELLE MILLER, ET AL**                                                                           **PLAINTIFFS**

**vs**                                                                      **CIVIL ACTION NO. 3:11CV-315-S**

**REMINGER CO., L.P.A., ET AL**                                                                     **DEFENDANTS**

## ORDER

Magistrate Judge having notified the Court of a settlement in this matter as a result of settlement negotiations conducted by Magistrate Judge James D. Moyer, **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty-five (35) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Dated:  November 1, 2012

                                                     **Charles R. Simpson III, Judge
United States District Court**

cc: Counsel of Record